# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**DEBORAH MANLEY, et al.**,

    Plaintiffs,

v.

**FORD MOTOR COMPANY, et al.**,

    Defendants.

Civil Action No. 7:14-CV-74 (HL)

## ORDER

This matter is before the Court on Plaintiffs' Motion for Permission to Submit More than Ten (10) Requests for Production to Defendant Ford. (Doc. 44). Upon review of the proposed requests, and after consultation with the attorneys of record, the Court finds that the additional requests are sufficiently tailored to discover information pertinent to the pending litigation. Accordingly, the Court grants Plaintiff's motion.

Defendant Ford Motor Company indicated that no additional time is required to respond to Plaintiffs' request for production. The parties, therefore, will proceed according to the Federal Rules of Civil Procedure.

**SO ORDERED** this 18th day of July, 2014.

    *s/ Hugh Lawson*_____
    **HUGH LAWSON, SENIOR JUDGE**

aks